# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-2
FEBRUARY 13, 2018 SESSION



FILED

FEB 15 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.　　　　　　　　　　CRIMINAL NO. 2:18-00025

18 U.S.C. § 922 (g)(1)
18 U.S.C. § 924 (a)(2)
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

STEPHEN BELCHER,
　　aka "STEPHAN BELCHER,"
　　aka "STEVEN BELCHER"

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

1. On or about August 21, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEPHEN BELCHER, also known as "Stephan Belcher," and "Steven Belcher," did knowingly possess a firearm and ammunition, that is, a loaded Lorcin, Model L9, 9mm semi-automatic handgun, and five rounds of 9mm ammunition, in and affecting interstate commerce.

2. At the time defendant STEPHEN CORTEZ BELCHER, also known

as "Stephan Belcher," and "Steven Belcher," possessed the aforesaid firearm and ammunition, he had been convicted of the following crimes, each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20):

Convicted on or about November 24, 1998, in the United States District Court for the Southern District of West Virginia, of felony conspiracy to distribute cocaine base in violation of 21 U.S.C. § 846; aiding and abetting the distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; conspiracy against the United States to possess a fully automatic machine gun in violation of 18 U.S.C. § 371; and aiding and abetting the use of a machine gun during a drug trafficking crime in violation of 18 U.S.C. §§ 924(c)(1) and 2.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

1. On or about October 4, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEPHEN BELCHER, also known as "Stephan Belcher," and "Steven Belcher," did knowingly possess a firearm and ammunition, that is, a loaded and modified Winchester, model 840, 12 gauge shotgun, and 12 gauge shotgun cartridges, in and affecting interstate commerce.

2. At the time defendant STEPHEN CORTEZ BELCHER, also known as "Stephan Belcher," and "Steven Belcher," possessed the aforesaid firearm, he had been convicted of the following crimes, each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20):

Convicted on or about November 24, 1998, in the United States District Court for the Southern District of West Virginia, of felony conspiracy to distribute cocaine base in violation of 21 U.S.C. § 846; aiding and abetting the distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2; conspiracy against the United States to possess a fully automatic machine gun in violation of 18 U.S.C. § 371; and aiding and abetting the use of a machine gun during a drug trafficking crime in violation of 18 U.S.C. §§ 2 and 924(c)(1).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about October 4, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEPHEN BELCHER, also known as "Stephan Belcher," and "Steven Belcher," did knowingly receive and possess a firearm as defined in 26 U.S.C. § 5845(a)(2), that is, a loaded Winchester, model 840, 12 gauge shotgun, modified with a barrel length of less than 18 inches and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

MICHAEL B. STUART
United States Attorney

By: _____
EMILY J. WASSERMAN
Assistant United States Attorney