# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 2:18-00025

**STEPHEN BELCHER**

## MEMORANDUM OPINION AND ORDER

Before the court is defendant's motion for bond. ECF No. 28. The court reviewed the motion and heard arguments on the matter at the May 1, 2018 pretrial motions hearing. At the hearing, the court concluded, pursuant to the factors outlined in 18 U.S.C. § 3142(g), that the evidence demonstrated by clear and convincing evidence that no condition or combination of conditions could reasonably assure the safety of any other person and the community.[1] Accordingly, the motion was **DENIED** and the defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

---

[1] Thereafter, defendant filed a motion to plead guilty, (ECF No. 42), bolstering the court's findings.

**IT IS SO ORDERED** this 9th day of May 2018.

ENTER:

David A. Faber
Senior United States District Judge