IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                         CRIMINAL NO. 2:18-00025

**STEPHEN BELCHER**

## MEMORANDUM OPINION AND ORDER

On January 30, 2019, the defendant, Stephen Belcher, appeared in person and by counsel, John Carr; the United States appeared by Erik Goes, Assistant United States Attorney; and the United States Probation Office appeared by United States Probation Officer Michele L. Wentz for a sentencing hearing in the above criminal matter.

For reasons placed on the record and for good cause shown, the sentencing hearing for the defendant originally scheduled for January 30, 2019 is rescheduled for March 1, 2019 at 2:30 p.m. in Charleston.

The Clerk is directed to forward a copy of this Order to all counsel of record, the Probation Office of this court, the United States Marshal for the Southern District of West Virginia.

It is **SO ORDERED** this 31st day of January, 2019

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge